IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LASHUN PEETE,**  **PETITIONER**
Reg # 18675-076

VS.  NO. 2:10CV00008 BSM-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas  **RESPONDENT**

### ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere and the petitioner's objections. After carefully reviewing the recommended disposition, objections, and the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 11th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE