# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**LASHUN PEETE,**  **PETITIONER**
Reg # 18675-076

V.  NO. 2:10CV00008 BSM-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas  **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 11th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE